IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REGINA LOPEZ,

    Plaintiff,

v.                                                                         CIV No. 13-240 GBW

CAROLYN W. COLVIN, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## ORDER GRANTING MOTION FOR ATTORNEY FEES

On April 3, 2014, this Court granted Plaintiff's Motion to Reverse and Remand the Commissioner's denial of social security disability benefits and remanded this action to the Commissioner. *Doc. 28*. Plaintiff filed the instant Motion for Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, on June 20, 2014. *Doc. 29*.

The EAJA states that "a court shall award to a prevailing party . . . fees and other expenses . . . incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action[.]" 28 U.S.C. § 2412(d)(1)(A). Plaintiff has requested $6,713.30 in EAJA fees for 35.9 hours of work bringing this case in federal court, at a rate of $187 per hour. *Doc. 28* at 1, 4. Defendant does not object to the amounts requested by Plaintiff, but states that the award should

1

be made payable directly to Plaintiff pursuant to *Astrue v. Ratliff*. 130 S. Ct. 2521 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Fees Under the Equal Access to Justice Act, (*doc. 29*), is GRANTED.  Plaintiff is hereby awarded $6,713.30 in EAJA fees, payable to Plaintiff.

IT IS FURTHER ORDERED that, if Plaintiff's counsel receives attorney's fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**